JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE VALENCIA, | CV 13-5853 PA (FFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| MARK BISCHOF, QUALITY LOAN SERVICE CORPORATION, DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to the Court's Minute Order dated November 18, 2013, granting the Motion to Dismiss filed by defendant Mark Bischof ("Bischof"), which dismissed all of the claims asserted by plaintiff Eddie Valencia ("Plaintiff") against defendant Bischof with prejudice, and the Court's Minute Order dated March 19, 2014, dismissing the claims asserted by Plaintiff against defendant Quality Loan Service Corporation ("Quality Loan") without prejudice,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims against Bischof are dismissed with prejudice and Plaintiff's claims against the Quality Loan are dismissed without prejudice.

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that defendant Bischof shall have his costs of suit.

      IT IS SO ORDERED.

DATED: March 19, 2014

                                            Percy Anderson
                                  UNITED STATES DISTRICT JUDGE